# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINO LEE, | CV F  06-1315 AWI DLB HC |
|        Petitioner, | ORDER VACATING ORDER TO RESPOND ISSUED OCTOBER 2, 2006 |
|   v. | [Doc. 3] |
| JEFF WRIGLEY, Warden, | |
|        Respondent. | |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On October 2, 2006, this Court issued an Order directing Respondent to file a response to the Petition. At this time, the Court hereby VACATES the Order directing Respondent to file a response. A Findings and Recommendation will be issued contemporaneously with this order.

     IT IS SO ORDERED.

Dated: **October 19, 2006**    /s/ *Dennis L. Beck*
3b142a                        UNITED STATES MAGISTRATE JUDGE

1